**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
February 07, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| **MARION CARREON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 5:24-CV-00038** |
| | § | |
| **EQUIFAX INFORMATION SERVICES,** | § | |
| **LLC,** | § | |
| | § | |
| **Defendant.** | | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (Dkt. No. 23). The Stipulation provides that Plaintiff Marion Carreon dismisses all claims against Defendant Equifax Information Services, LLC, with prejudice. (*Id.*).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the Stipulation states that Plaintiff dismisses their claims with prejudice against Defendant Equifax Information Services, LLC. (Dkt. No. 23 at 1).

Because the stipulation is signed by counsel for all parties in this case, Plaintiff's claims against Defendant Equifax Information Services, LLC, were **DISMISSED WITH PREJUDICE** effective upon the filing of the Stipulation of Dismissal. (Dkt. No. 23). *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A) . . . become effective immediately without further court order.").

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on February 7, 2025.

John A. Kazen
United States District Judge